IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIAS MAKERE, FSA,
MAA,

    *Plaintiff*,

v.                                         Case No.: 4:21cv96-MW/MAF

HON. A. EARL GRAY, ALJ,

    *Defendant*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections, ECF No. 13. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is dismissed because Defendant is entitled to absolute immunity." The Clerk shall close the file.

**SO ORDERED on April 29, 2021.**

                                              s/Mark E. Walker         
                                              **Chief United States District Judge**